IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiffs,<br><br>v.<br><br>JUXTOPIA, LLC, ET AL.,<br><br>Defendants. | No. 1:17cv1071 (AJT/JFA) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the United States and the Defendants, stipulate to the dismissal of the above captioned action in accordance with and subject to the terms of a settlement agreement entered into between the parties.

DATE: May 24, 2018

AGREED TO:

FOR THE UNITED STATES

TRACY DOHERTY MCCORMICK
Acting United States Attorney

_____/s/_____
Monika Moore
Assistant United States Attorney
Elisabeth Christensen
Special Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3779 (tel)
703-299-3983 (fax)
monika.moore@usdoj.gov

AGREED TO:

FOR DEFENDANTS

_____/s/_____
David Benowitz
Glenn Ivey
PRICE BENOWITZ LLP
Counsel for Defendants
409 7th Street, NW  #200
Washington, DC 20004
(202) 417-6000 (tel)
(202) 664-1331 (fax)
david@pricebenowitz.com

SO ORDERED
5/25/18

_____/s/_____
Anthony J. Trenga
United States District Judge